CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

02/12/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN WILLIAM GENTRY,<br><br>      *Plaintiffs*,<br>v.<br><br>HYUNDAI MOTOR AMERICA, INC.,<br><br>      *Defendants*. | CASE NO. 3:13-cv-00030<br><br>FINAL JUDGMENT<br><br>JUDGE NORMAN K. MOON |

  In accordance with the Joint Stipulation of the Parties (dkt. 164), the Court's prior dismissal of all claims herein, all other previous interlocutory decisions, and there being no further unresolved matters before the Court, this case is hereby **DISMISSED WITH PREJUDICE**, and the Clerk is instructed to strike the case from the active docket of the Court. The Clerk is directed to send a certified copy of this Final Judgment to all counsel of record.

  Entered this <u>12th</u> day of February, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE